IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| BILLY R. SHUFFLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 5:17-cv-000137-GCM |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's response thereto, it is this 25th day of May, 2018.

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $3,185.57, in full satisfaction of all claims arising under the Equal Access to Justice Act. The fee shall be payable to Plaintiff and sent to Plaintiff's counsel, Fred D. Pike, Esquire.

Signed: May 25, 2018

Graham C. Mullen
United States District Judge